UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Honorable  Patty Shwartz** | **U.S. Post Office & Courthouse Bldg.** |
| **United States Magistrate Judge** | Federal Square, Newark, NJ  07101 |
| | (973) 645-6596 |

September 26, 2007

Kenneth R. Meyer, Esq.
Porzio, Bromberg & Newman
100 Southgate Pkwy., PO Box 1997
Morristown, NJ 07962-1997

Lawrence D. Mandel
Mandel & Peslak, LLC
80 Scenic Drive
Suite 5
Freehold, New Jersey 07728

      RE:    The Hershey Co. v. Eric Dahl, et al.

            <u>Civil Action No. 07-1559 (KSH)</u>

Dear Counsel:

      The settlement conference scheduled for September 20, 2007 has been rescheduled for **November 14, 2007 at 1:00 p.m.**  Trial counsel and clients with full settlement authority are required to attend.  All deadlines remain in full force and effect. Kindly mark your calendars accordingly.

                                      **SO ORDERED.**

                                        <u>s/Patty Shwartz                         </u>

                                        **United States Magistrate Judge**